**FILED**

DEC 3 0 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re TIFFANY POE,                    )        Case No. 09-45151-A-7
                                      )
            Debtor.                   )
                                      )
                                      )
                                      )
                                      )
_____ )

**MEMORANDUM**

The court issued an order to show cause due to the debtor's filing of this bankruptcy case in violation of an injunction issued on February 10, 2009. That injunction prohibited the debtor from filing, without prior court approval, a bankruptcy petition for one year. See Adv. Proc. No. 08-2679, Docket No. 15. The debtor did not obtain court approval before filing this case.

If a person disobeys a specific and definite court order, he may be properly adjudged in contempt. Crystal Palace Gambling Hall, Inc. v. Mark Twain Industries, Inc. (In re Crystal Palace Gambling Hall, Inc.), 817 F.2d 1361, 1365 (9th Cir. 1987); Dyer v. Knupfer (In re Dyer), 322 F.3d 1178, 1190-91 (9th Cir. 2003). A person disobeys an order when he fails to take "all the

1  reasonable steps within [his] power to insure compliance with the
2  [court's] order."   Crystal at 1365 (citing Shuffler v. Heritage
3  Bank, 720 F.2d 1141, 1146-47 (9th Cir. 1983)).

4       Bankruptcy courts have statutory power to sanction
5  contumacious conduct and to impose civil contempt sanctions.
6  Dyer at 1189-90; see also In re Karl, 313 B.R. 827, 830 (Bankr.
7  W.D. Mo. 2004) (citing 11 U.S.C. § 105(a) and Mountain America
8  Credit Union v. Skinner (In re Skinner), 917 F.2d 444, 447 (10th
9  Cir. 1990)).   This power is derived from 11 U.S.C. § 105(a),
10 which provides that:

11      *"The court may issue any order, process, or judgment that is*
12 *necessary or appropriate to carry out the provisions of this*
13 *title. No provision of this title providing for the raising of an*
14 *issue by a party in interest shall be construed to preclude the*
15 *court from, sua sponte, taking any action or making any*
16 *determination necessary or appropriate to enforce or implement*
17 *court orders or rules, or to prevent an abuse of process."*
18 Dyer at 1189-90.

19      The court's February 10, 2009 injunction prohibited the
20 debtor from filing any petition under title 11 for one year
21 without court approval, and it further provides that the debtor
22 may file a bankruptcy petition after the expiration of the one-
23 year period only if she pays the filing fee in full and pays
24 $1,233, representing the outstanding filing fees in the debtor's
25 prior cases, including Case Nos. 07-24204, 07-29279, 08-27493,
26 and 08-30896.   See Docket No. 15, Adv. Proc. No. 08-2679.

27      In addition to the foregoing cases, the debtor has filed
28 Case Nos. 08-22512, 08-35163, 09-22083, and 09-36839.   This case

is the debtor's ninth case since June 5, 2007.  All cases are deficient in one respect or another, including failure to file schedules, failure to file statements, failure to file a plan, failure to make plan payments, failure to pay filing fees, failure to list prior bankruptcy cases, and failure to appear at creditors' meetings.

On June 5, 2007, the debtor filed a chapter 13 case, Case No. 07-24204.  It was dismissed on July 31, 2007 due to the debtor's failure to make the first filing fee installment payment.

On November 1, 2007, the debtor filed a chapter 13 case, Case No. 07-29279.  It was dismissed on February 27, 2008 due to the debtor's failure to make plan payments.

On March 3, 2008, the debtor filed a chapter 13 case, Case No. 08-22512.  It was dismissed on June 4, 2008 due to the debtor's failure to file a plan and make a plan payment.

On June 5, 2008, the debtor filed a chapter 13 case, Case No. 08-27493.  It was dismissed on August 5, 2008 due to the debtor's failure to make the first filing fee installment payment.

On August 6, 2008, the debtor filed a chapter 13 case, Case No. 08-30896.  It was dismissed on October 14, 2008 due to the debtor's failure to make the first filing fee installment payment.

On October 21, 2008, the debtor filed a chapter 13 case, Case No. 08-35163.  It was dismissed on December 22, 2008 due to the debtor's failure to make the first filing fee installment payment.

On December 8, 2008, the U.S. Trustee filed an adversary proceeding complaint against the debtor (Adv. Pro. No. 08-2679), seeking dismissal of the bankruptcy case and a two-year injunction against the debtor's filing of additional bankruptcy cases.   In connection with that case, on February 10, 2009, the court issued an injunction prohibiting the debtor from filing any petition under title 11 for one year without court approval and providing that the debtor may file a bankruptcy petition after the expiration of the one-year period only if she pays the filing fee in full and pays $1,233, representing the outstanding filing fees in four of the debtor's prior cases.   See Docket No. 15, Adv. Proc. No. 08-2679.

On February 6, 2009, the debtor filed a chapter 13 case, Case No. 09-22083.   It was dismissed on May 6, 2009 due to the debtor's violation of the February 10, 2009 injunction and her failure to appear at a meeting of creditors.

On August 10, 2009, the debtor filed a chapter 13 case, Case No. 09-36839.   It was dismissed on November 2, 2009 due to the debtor's failure to attend a meeting of creditors.   Prior to the dismissal, on September 14, 2009, at a hearing on the debtor's motion to extend the automatic stay, the court informed the debtor of the February 10, 2009 injunction, informed her of the terms of that injunction, and informed her that the filing of the case had been in violation of the injunction.   See Docket No. 20.

Nevertheless, the debtor again filed a chapter 7 case, Case No. 09-45151 on November 17, 2009, without prior court permission to do so.   And, the debtor has not filed her schedules, statements, and means testing form.   Nor has she paid any of the

4

1  filing fee.  Also, the debtor has not listed all prior bankruptcy
2  cases filed within the last eight years.  The petition references
3  only the case filed in August 2009.

4      Further, the debtor did not appear at the December 21
5  hearing.

6      This is the debtor's ninth bankruptcy case since June 5,
7  2007 and it is the second case filed in violation of the
8  injunction.  The debtor filed this case despite the court warning
9  her, in open court at an earlier hearing in Case No. 09-36839,
10  that she could not file petitions without prior court permission.

11      The debtor is in contempt of court due to her failure to
12  obey the injunction.  As sanctions, this case shall be dismissed
13  with prejudice pursuant to 11 U.S.C. §§ 349(a) and 707(a)(1),
14  (2), and because the debtor has not obeyed the injunction the
15  court will extend the one-year prohibition on her filing of
16  future petitions for a period of one year from the date of entry
17  of the order on this ruling.

18      The court reserves jurisdiction over any motion for further
19  sanctions against the debtor.

20      A separate order will be entered.

21  Dated: December 30, 2009    By the Court

22

23                         _____
                       Michael S. McManus, Judge
24                         United States Bankruptcy Court

25

26

27

28

1          **CERTIFICATE OF MAILING**

2          I, Susan C. Cox, in the performance of my duties as a

3   judicial assistant to the Honorable Michael S. McManus, mailed by

4   ordinary mail to each of the parties named below a true copy of

5   the attached document.

6   Edmund Gee
    Office of the US Trustee
7   501 I Street #7-500
    Sacramento, CA 95814

8
    John Schlotter
9   1544 Old Alabama Rd
    Roswell, GA 30076-2102

10
    Litton Loan Servicing, L.P.
11  c/o McCalla Raymer, LLC
    Bankruptcy Department
12  1544 Old Alabama Rd
    Roswell, GA 30076

13
    Tiffany Poe
14  1946 Petunia Way
    Tracy, CA 95376

15
    Michael McGranahan
16  PO Box 5018
    Modesto, CA 95352

17

18  Dated: December *30*, 2009

19
                                    _Susan C. Cox_
20                                  Susan C. Cox
                                    Judicial Assistant to Judge McManus
21

22

23

24

25

26

27

28